SINGER v. LAMONT, CORLISS & CO. (Circuit Court of Appeals, Second Circuit. November 9, 1915.) No. 35. Appeal from the District Court of the United States for the Southern District of New York. This cause comes here upon appeal from a decree of the District Court, Southern District of New York, holding a certain patent valid and infringed. The patent is No. 880,410, granted February 25, 1908, to Joseph B. Singer for a combined carton and display device. The opinion of the District Court, which will be found in 227 Fed. 462, holds that claims 2, 3, and 4 are infringed by defendant's device. Johnson & Galston, of New York City (C. G. Galston, of New York City, of counsel), for appellant. C. P. Goepel, of New York City, for appellee. Before LACOMBE, WARD and ROGERS, Circuit Judges.

PER CURIAM. We concur with Judge Mayer's reasoning and conclusion, and do not think it necessary to add anything to the discussion of the case in his opinion. Decree affirmed, with costs.

---

SMITH v. THORNBURGH et al. (Circuit Court of Appeals, Eighth Circuit. December 13, 1915.) No. 4450. Appeal from the District Court of the United States for the Eastern District of Oklahoma. Ledbetter, Stuart & Bell, of Oklahoma City, Okl., for appellant. Harlan Read, of Okmulgee, Okl., for appellees.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

---

THOMPSON et al. v. TRAVIS et al. (Circuit Court of Appeals, Fifth Circuit. November 27, 1915.) No. 2802. In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. J. A. Bulloch, of Tyler, Tex., for plaintiffs in error. Geo. W. Steere, B. K. Goree, and H. A. Turner, all of Fort Worth, Tex., for defendants in error. Before PARDEE and WALKER, Circuit Judges, and SPEER, District Judge.

PER CURIAM. We find no reversible error in any of the assignments. The case seems to have been properly ruled and decided, and the judgment of the District Court is affirmed.

---

UNDERWOOD TYPEWRITER CO. v. E. C. STEARNS & CO. et al. (Circuit Court of Appeals, Second Circuit. October 7, 1915.) No. 270. Appeal from the District Court of the United States for the Southern District of New York. On motion for leave to move in the District Court to reopen. For former opinion, see 227 Fed. 74, —— C. C. A. ——. Arthur V. Briesen, of New York City, for petitioner. Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. This case has been thoroughly considered by this court, both at the original hearing and on a motion for rehearing. The cases now particularly relied on were before us at that time and were duly considered. The mandate has gone to the District Court. We think that the motion should be denied.

---

UNION TRUST CO. v. DETROIT BODY CO. et al. (Circuit Court of Appeals, Sixth Circuit. October 9, 1915.) No. 2785. Appeal from the District Court of the United States for the Eastern District of Michigan. Robert M. Brownson and Henry M. Campbell, both of Detroit, Mich., for appellant. Clark, Lockwood, Bryant & Klein, of Detroit, Mich., for appellee.

PER CURIAM. Dismissed pursuant to stipulation.